971 So.2d 900 (2007)
Susan SOLTERO, Appellant,
v.
FLORIDA DEPARTMENT OF CORRECTIONS, Appellee.
No. 3D07-380.
District Court of Appeal of Florida, Third District.
December 5, 2007.
Stewart W. Logan, Miami; Freidin and Dobrinsky, and Randy Rosenblum, Miami, for appellant.
Kenneth J. Carusello and Maria Klein, for appellee.
Before COPE, GREEN, and SALTER, JJ.
PER CURIAM.
Affirmed. See Trianon Park Condo. Ass'n, Inc. v. City of Hialeah, 468 So.2d 912 (Fla.1985); Moore v. Dep't of Corr., State of Fla., 833 So.2d 822 (Fla. 4th DCA 2002); Harris v. Kearney, 786 So.2d 1222 (Fla. 4th DCA 2001).